IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILETTE HAIRSTON, ) <br>           Plaintiff, ) <br>   v. ) <br> ) <br> LIFE INSURANCE COMPANY OF ) <br> NORTH AMERICA, ) <br>           Defendant. ) | 2:08-cv-03143-GEB-EFB <br><br> <u>ORDER RE: SETTLEMENT</u> <br> <u>AND DISPOSITION</u> |

On September 14, 2009 Plaintiff filed a Notice of Settlement in which he states "the above-referenced case has settled in its entirety." Therefore, a dispositional document shall be filed no later than October 5, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: September 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1